ist endorsement does not afford coverage to defendant for the claimed injuries and damages.

VIRGINIA M. McKENNEY *ET AL.*, PLAINTIFFS-APPELLANTS, v. BRENDAN BYRNE, GOVERNOR OF NEW JERSEY, *ET AL.*, DEFENDANTS-RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Argued June 13, 1978—Decided June 28, 1978.

Before Judges HALPERN, LARNER and KING.

*Mr. Richard M. Conley* argued the cause for appellants (*Schaff, Conley & Motiuk,* attorneys).

*Mr. Harry Haushalter,* Deputy Attorney General, argued the cause for all respondents ,(*Mr. John J. Degnan,* Attorney General of New Jersey, attorney for respondents Brendan Byrne, Governor of New Jersey; Richard C. Leone, State Treasurer; Sidney Glaser, Director of the Division of Taxation; Patricia Q. Sheehan, Commissioner of the Department of Community Affairs; and John F. Laezza, Director of the Division of Local Government Services; *Mr. William F. Hyland,* former Attorney General of New Jersey, and *Mr. Stephen Skillman,* Assistant Attorney General, of counsel).

*Mr. David C. Patterson* filed a brief and appeared for respondent Township of Winslow (*Messrs. Maressa and Wade,* attorneys; *Mr. Joseph A. Maressa* of counsel and on the brief and *Mr. Ronald W. Sahli* on the brief).

*Messrs. Richard Dieterly, Garrett M. Heher* and *Alan J. Karcher* filed a brief and appeared for respondents Borough of Sayreville, Township of Holland and Lower Alloways Creek Township (*Messrs. Gebhart & Kiefer,* attorneys for respondent Township of Holland; *Messrs. Smith, Stratton, Wise & Heher,* attorneys for respondent Lower Alloways Creek Township; and *Messrs. Karcher, Reavey & Karcher,* attorneys for respondent Borough of Sayreville).

*Mr. Joseph R. Mariniello* filed a brief and appeared for respondent Borough of Ridgefield.

*Mr. James B. Convery* filed a brief and appeared for respondent City of South Amboy (*Messrs. Convery and Convery,* attorneys).

*Mr. Frederick W. Hardt* filed a brief and appeared for respondent City of Burlington (*Mr. Maurice Denbo,* attorney).

*Mr. Paul E. Strapp* filed a brief and appeared for respondent Township of Woodbridge (*Mr. Arthur W. Burgess,* attorney).

*Mr. Jerome Krueger* filed a brief and appeared for respondent City of Linden.

*Mr. Robert J. Benbrook* filed a brief and appeared for respondent Township of Blairstown (*Messrs. Morrow* and *Benbrook,* attorneys).

*Mr. William E. Andersen* filed a brief and appeared for respondent Township of Branchburg (*Messrs. Woolson, Guterl, Sutphen & Anderson,* attorneys; *Mr. Mark S. Anderson* on the brief).

*Mr. Norman A. Doyle, Jr.* filed a brief and appeared for respondent Town of Kearny.

*Mr. Douglas C. Willer* appeared for respondent Township of East Hanover (*Messrs. Edwards & Gallo,* attorneys).

*Mr. Leonard W. Roeber* appeared for respondent Township of Lacey (*Messrs. Russo & Courtney,* attorneys).

PER CURIAM. Appellants attack the constitutionality of *N. J. S. A.* 54:30A–61 wherein the act taxing public utilities (*N. J. S. A.* 54:30A–49, *et seq.*) provides for the apportionment among municipalities of the gross receipts collected by the State under the act. They contend that the formula used to apportion the gross receipts collected among the municipalities * * * "is unconstitutional special legislation,

and denies equal protection of the law to individual taxpayers, because the apportionment arbitrarily excludes most taxpayers and municipalities from the receipt of their fair share of these revenues."

They appeal from a denial of their motion for summary judgment and from a granting of defendants' cross-motions for summary judgment.

We affirm essentially for the reasons expressed by Judge Schoch in his opinion reported at 147 *N. J. Super.* 158 (Law Div. 1976). It should be noted that the case of *Public Service Electric & Gas Co. v. Woodbridge Tp.,* 139 *N. J. Super.* 1 (App. Div. 1976), cited by Judge Schoch in his opinion, was reversed in part following the issuance of his opinion, 73 *N. J.* 474 (1977), on grounds not relevant to the instant appeal.

Affirmed.